UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH R GOMEZ,

           Petitioner,

     v.

STATE OF WASHINGTON,

           Respondent.

CASE NO. C13-5980 RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 18th day of December, 2013.

*J. Richard Creatura (signature)*

J. Richard Creatura
United States Magistrate Judge