# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KEITH R GOMEZ,

        Petitioner,

v.

STATE OF WASHINGTON.

        Respondent.

CASE NO. C13-5980 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court dismisses this action prior to service because 28 U.S.C. § 1361 does not give the Court jurisdiction over state actors. The Court lacks jurisdiction to order the Washington State Supreme Court Clerk of Court to file a document as a motion for discretionary review.

DATED this 17th day of January, 2014.

                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE